UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

HAIGHTS 48 CROSS LLC,                            :
                                                 :
                        Plaintiff,               :
                                                 :
v.                                               :
                                                 :
COUNTY OF WESTCHESTER, TOWN OF                   :        **ORDER**
NEW CASTLE, STEWART                              :
DAUMAN, DEBRA DAUMAN,                            :        25-CV-06253 (PMH)
JOHN DOE #1 to #10 and JANE DOE                 :
#1 to #10,                                       :
                                                 :
                        Defendants.              :

-------------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

On July 30, 2025, plaintiff Haights 48 Cross LLC commenced the instant action against defendants County of Westchester, Town of New Castle, Stewart Dauman, Debra Dauman, and John and Jane Does. (Doc. 1). Since then, there has been no subsequent, substantive action in this case. Indeed, Plaintiff has not sought the issuance of summonses.

On October 29, 2025, the Court issued an Order warning Plaintiff that this action will be dismissed without prejudice, pursuant to Fed. R. Civ. P. 4(m), unless, on or before November 5, 2025, Plaintiff either filed proof of service indicating that defendants were served on or before October 28, 2025, or showed cause in writing for its failure to comply with Rule 4(m). (Doc. 2).

To date, Plaintiff has failed to respond to the October 29 Order. Accordingly, this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

The Clerk of Court is instructed to close this case.

SO ORDERED:

Dated:  White Plains, New York
        November 6, 2025

_____
Philip M. Halpern
United States District Judge